IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. BOATRIGHT JR., | No. C -12-00009 (EDL) |
| Plaintiff, | **ORDER REGARDING MOTION FOR RECONSIDERATION** |
| v. | |
| AUORA LOAN SERVICES, | |
| Defendant. | |

On May 7, 2012, Plaintiff filed a motion for reconsideration of this Court's order dismissing his first amended complaint and noticed it for hearing on June 5, 2012. Dkt. No. 38. This motion is in violation of Local Rule 7-9, which provides that "[n]o party may notice a motion for reconsideration without first obtaining leave of Court to file the motion" and sets forth the proper procedure for seeking leave to file a motion for reconsideration. Therefore, Plaintiff's motion is stricken without prejudice to refiling if Plaintiff receives leave of Court after complying with the rule. Defendants need not respond to this motion and the hearing noticed for June 5, 2012 is vacated. Plaintiff must comply with Local Rule 7-9 and properly seek leave to file a motion for reconsideration before the Court will consider any such request.

IT IS SO ORDERED.

Dated: May 8, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge